IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MARY BRADY | § | |
| | § | |
| V. | § | C.A. NO. 4:22-CV-841 |
| | § | |
| THE EVANGELICAL LUTHERAN | § | JURY REQUESTED |
| GOOD SAMARITAN SOCIETY | § | |

**<u>ORDER GRANTING DEFENDANT'S MOTION TO DISMISS</u>**

After considering Defendant's Motion to Dismiss, the Court

GRANTS the Motion and ORDERS that Plaintiff's claims against The Evangelical Lutheran Good Samaritan Society are DISMISSED.